IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
WILLIAM EL,                       )
                                  )
          Plaintiff,              )
                                  )
     v.                           )      1:16cv14
                                  )
GREENSBORO POLICE DEPARTMENT      )
et al.,                           )
                                  )
          Defendants.             )
```

## JUDGMENT

For the reasons set forth in the Order dated September 2, 2016 (Doc. 15), as well as those set forth in the Memorandum Opinion and Order entered contemporaneously with this Judgment,

IT IS ORDERED AND ADJUDGED that this action is DISMISSED WITHOUT PREJUDICE as to all Defendants.

                                                /s/   Thomas D. Schroeder
                                          United States District Judge

August 9, 2017